## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF MARY LOUIS O'BRIEN | : | No. 71 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: JOHN J. O'BRIEN, III AND | : | Petition for Allowance of Appeal |
| KEVIN J. O'BRIEN | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal and Application for Stay are **DENIED**.